UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CORRIE HORAN, INDIVIDUALLY AND AS PARENT OF O.D., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:24-cv-794-JPH-TAB |
| THE BOARD OF SCHOOL COMMISSIONERS FOR THE CITY OF INDIANAPOLIS dba INDIANAPOLIS PUBLIC SCHOOLS, SUPERINTENDENT ALEESIA JOHNSON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, PRINCIPAL, MARY KAPCOE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, VICE PRINCIPAL, FINAE RENT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, TEACHER, JULIOUS JOHNICAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPCITY, SUBSTIUTE TEACHER, PARDEEP DAHLIWAL, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, ANTHONY BIGBY, IPS BEHAVIORAL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter having come before the Court on the Joint Stipulation of Dismissal, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

Dated: _____          _____
                                         JUDGE, United States District Court
                                         Southern District of Indiana

Distribution to ECF-registered counsel of record.