UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CORRIE HORAN, INDIVIDUALLY AND AS PARENT OF O.D., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF SCHOOL COMMISSIONERS FOR THE CITY OF INDIANAPOLIS dba INDIANAPOLIS PUBLIC SCHOOLS, SUPERINTENDENT ALEESIA JOHNSON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, PRINCIPAL, MARY KAPCOE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, VICE PRINCIPAL, FINAE RENT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, TEACHER, JULIOUS JOHNICAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPCITY, SUBSTIUTE TEACHER, PARDEEP DAHLIWAL, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, ANTHONY BIGBY, IPS BEHAVIORAL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br><br>    Defendants. | CAUSE NO. 1:24-cv-794-JPH-TAB |

> The court acknowledges the Joint Stipulation of Dismissal, Dkt. [83]. The Clerk is DIRECTED to close this case on the docket.
> JPH 4/1/2025. Distribution via ECF.

## JOINT STIPULATION OF DISMISSAL

The Plaintiffs, by respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully file this joint stipulation of dismissal, and stipulate that the above-captioned cause be dismissed in its entirety, *with prejudice,* each party bearing their own fees and costs.

Respectfully submitted,